UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN RICHARDSON, | Case No. 3:18-CV-0179-MMD (CBC) |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES ATTORNEY OF THE UNITED STATES, | |
| Defendants. | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has filed a motion for leave to proceed *in forma pauperis,* a motion for preliminary injunction/temporary restraining order, a motion for appointment of counsel, requests for admissions, a request for submission, and a motion to take depositions (ECF Nos. 1, 1-1, 1-2, 1-3, 3, & 7). Plaintiff has not filed a complaint in this matter.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court.

Plaintiff shall submit a complaint to this Court within thirty (30) days from the date of this order. The Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. If Plaintiff does not timely comply with this order, dismissal of this action may result.

Plaintiff's motions (ECF Nos. 1-1, 1-2, 1-3, 3 & 7) are **DENIED** without prejudice.

DATED THIS 17th day of September 2018.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -