UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEVIN RICHARDSON, | Case No. 3:18-cv-00179-MMD-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES ATTORNEY FOR UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter is referred to the Court for the limited purpose of determining whether Plaintiff's *in forma pauperis* status should continue on appeal. (ECF No. 29.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. Am. Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 10th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE